DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEIGHTON KERR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-917

[June 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case Nos. 06-20840CF10A, 06-22653CF10A, 16-11603CF10A.

Leighton Kerr, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***